FILED

SEP 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 08 80190 MISC VRW

ORDER TO SHOW CAUSE

Patrick James Manshardt - #178085

_____/

It appearing that Patrick James Manshardt has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective August 25, 2008

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 5, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Patrick James Manshardt
Attorney At Law
1 Bunker Hill Bldg.
601 W 5th Street, 8th Floor
Los Angeles, CA 90071