FILED

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:           No CV-08-80190 MISC VRW

                            ORDER

Patrick James Manshardt,

    State Bar No 178085
_____/

On September 28, 2008, the court issued an order to show cause (OSC) why Patrick James Manshardt should not be removed from the roll of attorneys authorized to practice law before this court based on his enrollment as an inactive member of the State Bar of California, effective August 25, 2008.

The OSC was mailed to Mr Manshardt's address of record. Mr Manshardt's has not filed a response to the OSC but the State Bar's website now reflects that he is on "active" status.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Patrick James Manshardt,

_____/

Case Number: C 08-80190 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick James Manshardt
1 Bunker Hill Bldg.
601 Q 5th Street, 8th Floor
Los Angeles, CA 90071

November 24, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk